COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Name: Holman Roylund
       (Last)        (First)

Prisoner Number: SF 414436

Institutional Address: 850 Bryant

**FILED**

May 26 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Roylund Holman
(Enter your full name.)

vs.

SF Supior Court an
Alexandria Carl
Bonnie Chew
Gerg Goldman
(Enter the full name(s) of the defendant(s) in this action.)

Case No. 20-cv-3515-DMR
(Provided by the clerk upon filing)

COMPLAINT UNDER THE
CIVIL RIGHTS ACT,
42 U.S.C. § 1983

I. Exhaustion of Administrative Remedies.

*Note:* You must exhaust available administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.

A. Place of present confinement San Francisco County Jail

B. Is there a grievance procedure in this institution?   YES ☒   NO ☐

C. If so, did you present the facts in your complaint for review through the grievance procedure?   YES ☐   NO ☒ dosit cover courTs

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue any available level of appeal, explain why.

 1. Informal appeal: _____

PRISONER COMPLAINT (rev. 8/2015)
Page 1 of 3

2. First formal level: _____

_____

_____

3. Second formal level: _____

_____

_____

4. Third formal level: _____

_____

_____

E. Is the last level to which you appealed the highest level of appeal available to you?

    YES ☐    NO ☐

F. If you did not present your claim for review through the grievance procedure, explain why.

_____

_____

_____

II. Parties.

A. Write your name and present address. Do the same for additional plaintiffs, if any.

Alexandria Carl Greg Goldman Bonnie Chan

_____

B. For each defendant, provide full name, official position and place of employment.

appointed Lawyer San Francisco Court Bonnie Chan Public Defender Greg Goldman San Francisco appointed Lawyer Alexandria Carl appointed Lawyer

_____

_____

_____

PRISONER COMPLAINT (rev. 8/2015)
Page 2 of 3

## III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

Since I have been Arested 6-22-17 They have gave me bad Lawyer after Lawyer my First Lawyer Bonnie Chan refuse to help me never Filed any kind of Bail motion are done anything that i asked refused too call any of my wittness in the case are cross examie anyone i asked her to waved time an my apperance i File a Marsdon motion an a claim with The State Bar 20-0-03989. Afer that they gave me Gregory Goldman who i also Filed a complaint with The State Bar

## IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

I want each an every Lawyer in my case prosecuted to the Full extent of the law For there unethical behavior an Disbared an i want to be released immediately From Jail i have done way over my Time. I want the Federal Government to investigate this case an any other ones they have been involed with

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 5-14-17                    Roylund Helurn
                Date                         Signature of Plaintiff

PRISONER COMPLAINT (rev. 8/2015)
Page 3 of 3

Gregory Goldman 20-0-03991 ①
He also refused to File any kind of bail motion an left my Bail at 500750.00 for a Theft case i have in closed a letter that is descibing my case they have me Charged with Attemped Caryacking an Attemped Kidnapping with NO Finger prints on the car in the Car are on any of the property in fact they don't have any property are the car NO Video Footage any thang but each Lawyer refuse too File a motion to dismiss these charge's. Instead all they keep doing is coming to court wareing time violating all my Civil Right i ask them to File motion's an they Flat out refuse. I have been in here going on 35 month's For a simple Theft case NO Gun NO Knife NO got hurt it's very simple all you have to do is look at the Tape. That's why i am asking The Federal Magistrate to step in an Look at the Tape an the case as a hole PLEASE

An Last my Lawyer Alexandria Carl 20-0-03992 since she has been my Lawyer she Flat out refuses to answer her phone i call on my own money not collect my Famliy calls her she want answer case manges call her on my behalf she refuse to answer she Refuse E-mails From the program manger I have the E-mails she refuses to come she me. She waves my apperanee in court an ware's time without my permisson. She want File any Kind of motion for me at all. She want resolve the case even thou the San Franciso DA has a New Policy NO 3-strikes NO 5 year prison proir NO 1 year enchancement she still refuses to end this case that's why i am asking the Federal Goverment to step in an look into this case to investigate each an every Lawyer an there handleing of my case. I have lost 3 years of my Life behind what is a simple Theft case my Cinil Right have been Violated Alexandria Carl Refuses to bring to court this is OuT Ragious i have filed complaint with The State Bar mardon motion an she is still able too come into court an represent ME.

Goodmorning                                    4-10-2020

My name is Roylund Kane Holman an i am writing because i need your help very bad. In this letter is another letter explaining what i am going though. I have been in here going on 34 months now an couting. My Lawyer refuse to allow me in court. I have Filed Marsden motion an a complaint with the State Bar about Alexandria Carl 20-0-03992 an still nothing has been done i Filed the complain march 10 my court date was march 20 an yet she was still allowed to come in court and represent me. They have me charged with attemp carjacking an attemp kidnapp with NO Finger Prints on the car in the car they dont even have a car just some Wut saying that i ran an jumped in his car in Broad Day Light with 16 Bottle OF Body Wash. Then just jumped out an ran off. This was supose to happen at 4:30pm on California St where every store Front over there has a camra but there are NO video Footage are picture OF me doing this NO witness nothing yet they have still been holding me for over 34 months an counting. The Lawyers they have given me want File a motion are do anything too

Help me This is Outragous i really need your help. I would really like you to way cow this if nothing else PLEASE contact the San Francisco District Attorney ChesA Boudin are Alex Bastian (415) 314-4848 to please invesitgate whats going on. ChesA Boudin isnt the person who has done this to me an i know that he will help me. I am asking that you make a Few phone an Find out why this is happing to me. I comitted a pettie theft 175.00 worth of Dog Jersey that it somethang that they take you too the back of the store and release you for. I need your help this has been 34 months of my Life. I would also like to File a complaint at the Federal Level if its possiable can you point me in the right direction who i can write to where they will investigate this because its far more to this case. My Famliy has been trying to contact the DA with no sucess Please help in anyway you can this isn't going away when ever i get out i am coming there to File a complaint

Raylend Holman

February 27th, 2020

My name is Roylund Kane Holman. I am 53 years old. I have been living in the Western Addition for over 40 years. For the last 20 years I have been working in the field of construction and I have been working with Malcom Drilling. I was in recovery for the 17 of those years. Unforgivably I went on vacation and relapsed. I committed a few petty crimes, shoplifting body wash in Walgreens to feed my drug addiction. I also went into a dog store and took some dog jerseys for my dog. These are the crimes that I committed and this is where I need your help. They have charged me with attempted carjacking and a kidnapping, which I did not do. When the police come to the crime scene they processed the scene. They take pictures, finger prints from the crime scene, and video footage to process the stuff in the car. These are the things that the police do with these types of crimes. They did not do any of those things for my case.

They have been holding me in jail since 6/22/17, over 33 months of my life here in 850 Bryant street. They have given my lawyer after lawyer who refuse to do to their job, Alexandria Carl (415) 271-5626. They have no finger prints of mine in the car. In fact, they do not even have a car. They said there was 16 bottles of body wash in the car. They do not even have them. The crime was supposed to have been committed on California Street at 4:30 pm in broad day light. They have no video footage. There are cameras on every store on that block and even without this evidence they still are holding me. I committed petty crimes, which are minor things. You get taken to the back of the store and released for these crimes. I really and truly need your help bad. This is outrageous.

Please help me. I will be able to pay as soon as I can get back out and to my life.

Please,

Roylund Kane Holman

P.S. please have a lawyer just look at my case.